# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TEMPLE UNIVERSITY HOSPITAL, INC.,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**ALEX M. AZAR II, SECRETARY, U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, et al.,**<br><br>　　　　Defendants. | Civil Action No. 20-4533-MSG |

## ORDER

**AND NOW**, this 8th day of February, 2021, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 7), Plaintiff's Response (Doc. No. 10), Plaintiff's Motion for Summary Judgment (Doc. No. 8), and Defendants' Response (Doc. No. 9), it is hereby **ORDERED** that:

1. Defendants' Motion for Summary Judgment is **GRANTED**.

2. Plaintiff's Motion for Summary Judgment is **DENIED**.

3. **JUDGMENT IS ENTERED** in favor of Defendants and against Plaintiff on the entirety of the Complaint.

4. The Clerk of Court shall mark this case **CLOSED**.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**


　　　　　　　　　　　　　　　　　　*/s/ Mitchell S. Goldberg*
　　　　　　　　　　　　　　　　　　**MITCHELL S. GOLDBERG, J.**